MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
376 E. Warm Springs Rd., Ste. 140
Las Vegas, Nevada 89119
(702) 642-3113/ (702) 642-9766 FAX

Attorney for defendant Saticoy Bay LLC, Series 5273 Wave Dancer

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S.BANK NATIONAL ASSOCIATION AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES AEG 2006-HEI ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>    Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 5273 WAVE DANCER,<br><br>    Defendant.<br> | CASE NO.: 2:15-cv-02289-RFB-CWH<br><br>**STIPULATION EXTENDING THE DATE FOR DEFENDANT TO DISCLOSE REBUTTAL EXPERT WITNESS** |
| SATICOY BAY LLC SERIES 5273 WAVE DANCER,<br><br>    Counter-claimant,<br><br>vs.<br><br>U.S.BANK NATIONAL ASSOCIATION AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES AEG 2006-HEI ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>    Counter-defendant. | |

1

It is hereby stipulated and agreed, by and between the plaintiff U.S. Bank, N.A., through it's attorney, Dana Jonathon Nitz, Esq, and defendant, Saticoy Bay LLC Series 5273 Wave Dancer by and through it's attorney, Michael F. Bohn, Esq., that defendant Saticoy Bay LLC Series 5273 Wave Dancer may have until May 18, 2017 to disclose its rebuttal expert witness.

DATED this 18th day of May, 2017.

WRIGHT FINLAY & ZAK

By: /s/ /Dana Jonathon Nitz, Esq./
Dana Jonathon Nitz, Esq.
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada, 89117
Attorney for plaintiff U.S. Bank, N.A.

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ /Michael F. Bohn, Esq. /
Michael F. Bohn, Esq.
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada 89119
Attorney for defendant Saticoy Bay LLC Series 5273 Wave Dancer

IT IS SO ORDERED this 19th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ. LTD.

By: /s/ /Michael F. Bohn, Esq. /
MICHAEL F. BOHN, ESQ.
376 E. Warm Springs Rd., Ste. 140
Las Vegas, NV 8911 9
Attorney for defendant Saticoy Bay LLC