LIPSON NEILSON, P.C.
KALEB D. ANDERSON, ESQ. (BAR NO. 7582)
DAVID T. OCHOA, ESQ. (BAR NO. 10414)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
kanderson@lipsonneilson.com
dochoa@lipsonneilson.com
*Attorneys for Sun City Anthem Community Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES AEG 2006-HEI ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES AEG 2006-HEI,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 5273 WAVE DANCER, a Nevada limited liability company, SOUVENIR HOMEOWNER'S ASSOCIATION, a Nevada non-profit corporation; DOE INDIVIDUALS I through X; and ROE CORPORATIONS 1 through 10,<br><br>Defendants. | CASE NO.: 2:15-cv-02289-RFB-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR LEAVE TO AMEND COMPLAINT [ECF. NO. 47]<br>(FIRST REQUEST)** |
| SATICOY BAY LLC SERIES 5273 WAVE DANCER, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs. | |

| | |
|---|---|
| 1 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES AEG 2006-HEI ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES AEG 2006-HEI, |
| 5 | Counter-Defendant. |

Defendant, SOUVENIR HOMEOWNER'S ASSOCIATION (hereafter "HOA"), by and through its attorneys, LIPSON NEILSON P.C., and Plaintiff U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES AEG 2006-HEI ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES AEG 2006-HEI ("USB") through its counsel WRIGHT, FINLAY, & ZAK, LLP hereby stipulate and agree as follows:

1. On November 15, 2018, Plaintiff USB filed a Motion for Leave to Amend Complaint. See ECF No. 47.

2. The Parties are engaged in settlement discussions that may negate the need and expense of motion practice on amending the Complaint.

3. The HOA requested and USB agreed to provide a two-week extension on the HOA's Response to USB's Motion for Leave to Amend Complaint. The Current deadline is November 29, 2018 and the new due date requested for the HOA's Response is **December 13, 2018**.

/ / /

/ / /

/ / /

Lipson Neilson, P.C.
9900 Covington Cross Dr. Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

Lipson Neilson, P.C.
9900 Covington Cross Dr. Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

4. The parties have entered into this agreement in good faith and not for purposes of delay.

DATED this 29th day of November, 2018.

| **LIPSON NEILSON P.C.** | **WRIGHT, FINLAY, ZAK, LLP** |
|---|---|
| */s/ David Ochoa* | */s/ Michael Kelley* |
| KALEB D. ANDERSON, ESQ. | DANA JONATHON NITZ, ESQ. |
| Nevada Bar No. 7582 | Nevada Bar No. 00050 |
| DAVID T. OCHOA, ESQ. | MICHAEL S. KELLEY, ESQ. |
| Nevada Bar No. 10414 | Nevada Bar No. 10101 |
| 9900 Covington Cross Drive, #120 | 7785 W. Sahara Ave. Suite 200 |
| Las Vegas, NV 89144 | Las Vegas, NV 89117 |
| (702) 382-1500 | (702) 475-7964 |
| *Attorneys for Defendant,* | *Attorneys for Plaintiff, U.S. Bank National* |
| *Souvenir Homeowners Association* | *Association* |

## **ORDER**

**IT IS SO ORDERED.**

Dated this 3rd day of December, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge